FILED

03/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. DA 19-0307

| | |
|---|---|
| GORDON WILLIAMS, GALE MADLER, TIMOTHY RUSSELL, JOYCE KELLEY, and SAM BLAYLOCK, <br><br> *Plaintiffs/Appellants,* <br><br> vs. <br><br> STILLWATER BOARD OF COUNTY COMMISSIONERS, <br><br> *Defendant/Appellee.* | **ORDER** |

Plaintiffs/Appellants filed a Fifth Unopposed Motion to Suspend the Deadlines in this case. Pursuant to the Motion, and for good cause being shown,

IT IS HEREBY ORDERED that the schedule and deadlines in this matter, including for mediation and briefing, is suspended for an additional ninety (90) days from this date.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 23 2020

1